**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01100-SKC-KAS

EVERETT MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MIKO BROWN, DENVER CITY ATTORNEY,
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY,
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR DENVER MAYOR
In his official and individual capacities.

Defendants.

_____

# EXHIBIT 3 – FEBRUARY 20 ATTORNEY LETTER

_____

# *Murray Law* LLC

February 20, 2026

*Via Email Only*
CONFIDENTIAL

Miko Brown
City Attorney
City and County of Denver
Email: Michiko.Brown@denvergov.org

Nicole Doheny
Chief Financial Officer
Office of the Mayor
City and County of Denver
Email. Nicole.Doheny@denvergov.org

Jeff Dolan
Chief Strategy Officer to the Mayor
Office of the Mayor
City and County of Denver
Email. Jeff.Dolan@denvergov.org

Kathy Nesbitt
Executive Director
Office of Human Resources
City and County of Denver
Email. Kathy.Nesbitt@denvergov.org

**Re: Everett Martinez's Employment with the City and County of Denver
[Submission under FRE and CRE 408]**

Ms. Brown, Ms. Doheny, Mr. Donlan, and Ms. Nesbitt:

## INTRODUCTION

We represent Everett Martinez concerning his employment as General Counsel and Executive Vice President at Denver International Airport, a department of the City and County of Denver.

**Steven L. Murray**
Attorney at Law
3900 East Mexico Avenue • Suite 300 • Denver, CO 80210
T. 303-396-9952 • Email. steven@smurraylaw.com • www.smurraylaw.com
*Admitted to practice in Colorado, Illinois, and the District of Columbia*

We realize the issues discussed are serious and sensitive.

We seek to work with you to resolve all issues concerning Mr. Martinez's employment efficiently, quietly, and confidentially.

## **DISCUSSION**

### **1. Mr. Martinez's Compelling Legal Claims**

Mr. Martinez has several compelling legal claims against the City and County of Denver and City officials (elected or otherwise), in their individual capacities, including Ms. Brown, Ms. Doheny, and Mr. Dolan.

Upon the City hires outside counsel regarding Mr. Martinez's claims against the City, Ms. Brown, Ms. Doheny, and Mr. Dolan, and the firm notifies this office of its representation and with whom to communicate, Mr. Martinez will deliver a comprehensive statement to counsel setting forth his claims in legal and factual detail within 7 days thereafter.

Mr. Martinez's claims include, but are not limited to, claims under these statutes and provisions:

(1) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 [Title VII].

(2) Colorado Anti-Discrimination Act, as amended, C.R.S. §§ 24-34-401 to 406 [CADA].

(3) Discrimination claims under 42 U.S.C. § 1981, to be asserted under 42 U.S.C. § 1983.

(4) Claims for violations under the First and Fourteenth Amendments of the United States Constitution, to be asserted under 42 U.S.C. Section 1983.

(5) Whistleblower protections under the Federal Aviation Administration.

Mr. Martinez may file his Section 1983 claims anytime in the United States District Court for the District of Colorado. He is not required to exhaust his administrative remedies before any federal or state agency before filing these claims.

Individual City officials may be individually liable under Section 1983 and CADA.

In the event Mr. Martinez files a lawsuit, he will file motions for a temporary restraining order and preliminary injunction with the civil action.

### **2. City's Retaliation Against Mr. Martinez is Unlawful**

This statement is protected activity under Title VII, CADA, Section 1981, and the First Amendment of the United States Constitution.

The above provisions prohibit the City and City officials, supervisors, managers, and employees from retaliating against Mr. Martinez for submitting his claims herein.

We submit this document for compromise under Federal and Colorado Rule of Evidence 408; however, this statement is protected activity and may be used in future proceedings against the City and City officials.

### 3. City's Adverse and Retaliatory Actions Against Mr. Martinez Must Stop

We request the City cease all direct and indirect adverse actions against Mr. Martinez immediately. These actions include repeated threats to him and/or discussions with him about disciplining him or terminating his employment.

On February 18, 2026, Laura Coburn, Director of Human Resources, met with Mr. Martinez and told him he would be separated from direct one-on-one contact with Ms. Brown due to Ms. Brown's inappropriate and escalating behavior towards him on February 11, 2026, after she was on notice Mr. Martinez had submitted his concerns with her to OHR nearly a month earlier.

We request any investigation into Mr. Martinez be stopped, regardless of whether it is conducted by the law firm hired by the City or by the City's OHR.

The City has not told Mr. Martinez the purpose of the investigation. Also, this investigation should be halted during the period in which the parties negotiate to resolve Mr. Martinez's claims.

On January 13, 2026, Mr. Martinez submitted a request to the City's Office of Human Resources [OHR]. He requested "assistance and review regarding workplace concerns arising from [his] role as General Counsel/Executive Vice President to Denver International Airport."

Mr. Martinez explained his submission was not intended to assert legal claims or conclusions, nor to assign motive, but to document material events as he experienced them and request appropriate interim measures so his work may continue in a professional, non-retaliatory environment while OHR reviews the matter.

If the City's retained law firm is investigating Mr. Martinez, even in part, for potential discipline, the City has not given him any explanation for the investigation.

Furthermore, the firm has an apparent conflict of interest that may undermine the investigation's impartiality and fairness.

### <u>CONCLUSION</u>

We request settlement discussions begin with our office on or after the date on which outside counsel representing the City has received Mr. Martinez's comprehensive statement to resolve all issues regarding Mr. Martinez's employment.

Thank you.

Sincerely,

*Steven L. Murray*

Steven L. Murray
MURRAY LAW, LLC