**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01100-SKC-KAS

EVERETT MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MIKO BROWN, DENVER CITY ATTORNEY,
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY,
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR DENVER MAYOR
In his official and individual capacities.

Defendants.

_____

# EXHIBIT 6 – MARCH 18 INVESTIGATIVE LEAVE NOTICE
_____

1



March 19, 2026

Everett Martinez          Employee ID# 142004
4260 West 66th Avenue
Arvada, CO 80003

Dear Everett:

This is notification that you are being placed on Investigatory Leave with pay effective today, March 19, 2026, pursuant to Career Service Rule Section 16-30 Investigatory Leave with Pay. It has been determined it is in the best interest of the City to place you on investigatory leave pending an on-going investigation. This investigatory leave will continue until further notice.

During this Investigatory Leave, you are required to abide by the following requirements until further notice from your management team:

- You shall not report to the workplace, nor will you be permitted in the workplace, except as instructed by your supervisor.
- You are prohibited from accessing any computers or computer systems owned or operated by, for, or on behalf of the City and County of Denver (CCD), or any of its agencies, departments, officials or employees.
- You are directed not to discuss this matter with any other CCD employees.
- You are directed to refrain from contacting and/or speaking to anyone at CCD regarding this matter or work-related matters unless first given permission from your supervisor.
- During this leave, you shall remain at home during normal business hours and you shall perform work that is assigned to you by your supervisor, as needed.
- During this leave, you need to be available by telephone during normal business hours at the number you have provided to this agency, 303-618-5058.

Violation of these directives may lead to discipline up to and including dismissal.

If you attend to personal business during your normal work hours, the regular procedures regarding the use of leave shall apply in accordance with Career Service Rule Section 16-30 C. For example, if you need to attend a doctor's appointment or other personal business during your regular work hours which would render you unavailable to the agency, you need to advise your supervisor to account for the time via the Workday timekeeping system during your investigatory leave.

Be advised that if the City Attorneys' Office management team and/or Human Resources needs to contact you as part of the on-going investigation, you must make arrangements to be available to either meet in person or talk via telephone with these representatives, preferably during your normal work hours. Accordingly, you need to be available during your work schedule at the

City and County of Denver
201 W. Colfax Ave. | Denver, CO 80202
www.denvergov.org

CONNECT WITH US | 311 | DENVERGOV.ORG | DENVER 8 TV

telephone number at your address of record. As an alternative, you may provide the number of a working cell phone where you may be reached during investigatory leave.

If you have any questions, please contact me at 720-944-2978.

Digitally signed by Smith, Kathryn S. - CAO
DHS General Counsel
DN: cn=Smith, Kathryn S. - CAO DHS General
Counsel, o=City and County of Denver,
ou=City Attorney's Office,
email=Kathryn.Smith@denvergov.org
Reason: I am approving this document
Date: 2026.03.19 15:35:04 -06'00'

Smith, Kathryn
S. - CAO DHS
General Counsel

Respectfully,
Kathryn Smith
Acting Deputy City Attorney


cc:    Michiko Brown, City Attorney
       Laura Coburn, Director, Human Resources