**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01100-SKC-KAS

EVERETT MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MIKO BROWN, DENVER CITY ATTORNEY,
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY,
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR DENVER MAYOR
In his official and individual capacities.

Defendants.

_____

# EXHIBIT 8

# CITY'S DAMAGING STATEMENTS
# ABOUT MARTINEZ IN MEDIA

_____

# THE DENVER POST

## Transportation

# Denver airport's top attorney accuses city officials of misconduct with Key Lime Air, Park Hill Golf Course

Mayor's office vehemently denies allegations made by DIA general counsel Everett Martinez in new lawsuit



U.S. Transportation Security Administration officers stand at the East Security Checkpoint in Denver International Airport on Aug. 4, 2025. (Photo by B.J Sangosti/The



By **SHELLY BRADBURY** | sbradbury@denverpost.com | The Denver Post

PUBLISHED: March 19, 2026 at 6:00 AM MDT

The top attorney at Denver International Airport alleges in a newly filed lawsuit that Denver's city attorney suggested launching a baseless investigation as a way to protect millions of dollars in federal funding for the airport after the City Council rejected a contract with a small airline because it works with U.S. Immigration and Customs Enforcement.

Everett Martinez, general counsel at the airport, alleged in the federal lawsuit brought against the city Wednesday that he repeatedly warned Denver officials that their actions in both the council's vote against Key Lime Air and the land-swap deal to acquire the Park Hill Golf Course could violate the airport's agreement to receive funding from the Federal Aviation Administration — and put all future grants in jeopardy.

Jon Ewing, a spokesman for Mayor Mike Johnston, called the lawsuit's allegations "horse(expletive) from a disgruntled employee" and denied any wrongdoing by city officials.

"The city attorney didn't say the things listed here," Ewing said. "No one called for a fake investigation on Key Lime. And the Park Hill deal was and is entirely legal and followed all FAA obligations as well as federal law."





The lawsuit alleges that city officials ignored Martinez's legal advice and then retaliated against him, culminating in placing him on administrative leave on March 11 with the instruction that he needed to resign by Wednesday or he would be "removed," according to the 42-page complaint filed in U.S. District Court for the District of Colorado.

Martinez remained on administrative leave Wednesday afternoon, said his attorney, Steven Murray.

The City Council's Dec. 15 vote to reject Key Lime Air's request to lease space at DIA because the airline works with ICE drew national attention this month when U.S. Sen. Ted Cruz, R-Texas, called for a review of the airport's grant funding. He estimated the airport could lose as much as $385 million in grants.

The city was aware that rejecting the contract put at least $90 million in grant funding at risk, Councilwoman Sarah Parady said in December. Martinez claimed he warned top city officials that rejecting Key Lime Air's contract over ideological concerns — rather than safety issues — would violate the airport's grant agreement with the FAA and could result in the airport losing access to all of its federal funding.

Two weeks after the vote, the FAA emailed the airport to "express concerns" about the City Council's vote, according to the lawsuit. A spokeswoman for the airport, Courtney Law, declined to comment on the lawsuit Wednesday.

"…The stated rationale for the lease denial appears to be unrelated to airport operational, safety or capacity considerations and instead is based on opposition to the tenant's aeronautical activities," the FAA's Dec. 31 letter read, according to the lawsuit.

Ian Gregor, spokesman for the FAA, could not immediately say Wednesday whether the agency was investigating the airport's compliance with grant funding requirements.

"If the FAA comes knocking, I want to be able to have it in my back pocket that council was also voting because of safety issues, but that they ran out of time to get talking about that before voting," the lawsuit alleges Brown said during the meeting.

Melissa Sisneros, spokeswoman for the Denver City Attorney's Office, declined to comment.

Martinez rejected Brown's proposal, which he considered to be unethical and illegal, he alleged in the lawsuit.

"It was a fabricated investigation, a fabricated reason," Murray said. "The city had already acted. This was a cover-your-backside investigation, and he refused to do that."

The Key Lime Air situation was not the first time Martinez believed the city's actions put grant money at risk. He also raised concerns that Denver's land-swap deal to acquire the Park Hill Golf Course violated the FAA's rules for federal funding, he said in the lawsuit.

In that deal, the city gave 165 acres of airport land to developer Westside Investment Partners in exchange for the 155-acre Park Hill Golf Course. Martinez believed the airport received less than fair market value for the land it gave up, which he believed violated FAA mandates, among other issues with the deal.

Martinez alleged in the lawsuit that one city official instructed him to withhold information from the FAA about the developer receiving the property and instead inform the FAA only that the city and airport were swapping the land. He refused, according to the lawsuit, but it was not clear what information the city and airport initially shared with the FAA.

He additionally alleged that Acting City Attorney Katie McLaughlin called him at 7:09 p.m. Aug. 6 and told him not to keep records of the deal. Martinez immediately called three people to tell them about the call, the lawsuit says, among other allegations.

"Due to the shocking nature of the call, he documented it immediately," Murray said.

4

Martinez alleged in the lawsuit that city officials retaliated against him after he raised concerns in the two cases, including by passing him over for a reclassification that would have resulted in a $50,000 raise. He received a poor performance evaluation in January after he filed a complaint with human resources.

"Martinez has not been asked to violate the law or city policy," said Ewing, the mayor's spokesman. "He has not been drawn into a conspiracy. What he has done is violate his ethical obligations to the city by taking personal positions that were in opposition to those held by his own client — which is the city and county of Denver — and by disclosing information protected by attorney-client privilege."

In the lawsuit, Martinez said he considered himself to be an attorney for the airport, not for the city.

"The city went from being, I think, careless and not dotting the i's and crossing the t's to at some point just ignoring what he had to say," Murray said.

*Get more Colorado news by signing up for our Mile High Roundup email newsletter.*



**Your Neighbors Will Be Jealous of This Flying Garden**

Archive Information    Carrier Portal

Search    Buy Our Photos

  

My Account        Subscribe 99¢ for 3 months        Newsletter

US & World ⌄        Things To Do ⌄        Obituaries        Best of Mile High

 

# DIA whistleblower sues Denver, top city staff, alleging retaliation over possible FAA violations

By **Deborah Grigsby** March 18, 2026 | updated 1 week ago



*Englewood-based Key Lime Air, which also operates under the name of Denver Air Connect, has come under fire over allegation it operates federal deportation flights on behalf of U.S. Customs and Immigration Enforcement. (Denver*

6

*International Airport Facebook Page)*








Denver International Airport Executive Vice President and General Counsel Everett Ben Martinez filed a complaint Wednesday in federal court, suing the City and County of Denver, City Attorney Michiko "Miko" Brown, Chief Financial Officer Nicole Doheny and Johnston's chief strategist Jeff Dolan.

In the 40-page lawsuit, Martinez alleges that the city and individual defendants retaliated against him for pleading with them to follow the strict legal mandates of the Federal Aviation Administration "in all aspects" of the Park Hill real estate deal.

The suit also alleges that Johnston's top brass had ambitions to boot Airport CEO Phil Washington.

Martinez repeatedly warned the defendants that violating FAA mandates could subject the city to "legal and potentially catastrophic financial penalties under the FAA revenue diversion rule," according to a statement issued on behalf of

  

My Account          Subscribe 99¢ for 3 months          Newsletter



The former Park Hill Golf Course building sits vacant in Denver before the park's opening on Oct. 28, 2025. (Tom Hellauer/Denver Gazette)

Revenue diversion, as defined by the FAA, is the illegal use of airport-generated revenue, such as that from concessions, fuel sales and ground leases, for any non-airport use.

Martinez argues that Johnston's appointees pushed for the 155-acre Park Hill Golf Course deal against his initial concerns that proper justification to the FAA might be required and that the intergovernmental agreement (IGA) "might require a public vote or a waiver."

8

  

My Account          Subscribe 99¢ for 3 months          Newsletter

Instead of seeking a waiver, Martinez alleges Doheny and Dolan "decided the airport would sell the land to the city via an internal book transfer, and the city would immediately swap it to the developer."

"We have executed a memorandum of understanding between DEN (Denver International Airport) and downtown to work through the book transfer so that we make everybody whole as it relates to FAA regulations," City of Denver Real Estate Director Lisa Lumley stated at the April 29 Finance and Governance Committee meeting, adding that "this transaction does comply with all FAA rules."

Late last year, the Denver City Council voted down a contract to expand Key Lime Air's operations at Denver International Airport, citing disagreement with the company's suspected operation of federal deportation flights on behalf of U.S. Immigration and Customs Enforcement.

The contract rejected by the council was for a 1,200-square-foot expansion of the company's current ground lease so that personnel could store equipment in their own space rather than in a common storage area shared by other operators on the ramp.

9

  

My Account          Subscribe 99¢ for 3 months          Newsletter



Martinez, in the lawsuit, stated he offered his legal opinion that voting down an airline agreement for any non-safety reason would be "an enormous problem, and it seemed some council members thought voting no would cost the airport only a single (federal) grant, which was not correct," but could cost the City of Denver all grants going forward.

Johnston spokesperson Jon Ewing told The Denver Gazette that the 40-page lawsuit was filed by a "disgruntled employee" and was without merit.

"Martinez has not been asked to violate the law or city policy," Ewing said. "He has not been drawn into a conspiracy. What he has done is violate his ethical obligations to the city by taking positions in opposition to those held by his own client, the City and County of Denver, and by disclosing information protected by the attorney-client privilege."

   

Tags    Aaae    American Association Of Airport Executives    Avgeek    Denver International Airport    Faa    Immigration And Customs Enforcement    jeff dolan    Key Lime Air    Local    Michiko Brown    Mike Johnston    News    Nicole Doheny    Park Hill Golf Course Redevelopment    Revenue Diversion

10



Colorado | News ⌄   Weather ⌄   Sports ⌄   Video   Your Reporters ⌄   •••   ☁ 40°

Local News

# Denver mayor's office calls new airport lawsuit "horses***"

By Brian Maass

Updated on: March 19, 2026 / 7:15 AM MDT / CBS Colorado

⊞ Add CBS News on Google

A senior lawyer at Denver International Airport filed a federal lawsuit Wednesday against the city and three top officials, claiming he was pushed out of his job after warning that the Park Hill Golf Course land swap could violate federal law and jeopardize airport funding.

The lawsuit was filed by Everett Martinez, the airport's general counsel and executive vice president. He alleges city officials pressured him to change his legal counsel, and when he refused, they retaliated by putting him on administrative leave.

City officials quickly pushed back. In a blunt response, Jon Ewing, a spokesperson for Denver Mayor Michael Johnston, called the lawsuit "40 pages of horses*** from a disgruntled employee."

Martinez, a Harvard Law School graduate who became the airport's top lawyer in 2022, previously served with the Denver City Attorney's Office starting in 2016. He oversaw a team of 18 attorneys and support staff at the airport.

 ✕



Everett Martinez

Denver International Airport

According to the complaint, Martinez, 46, ran into conflict with city officials over the Park Hill Golf Course land swap. The deal involved the city giving land near the airport to developer Westside Investment Partners in exchange for the 145-acre Park Hill Golf Course.

Martinez contends he warned officials the swap could violate federal law. He further alleges he was told "to conceal a material fact from the Federal Aviation Administration" and "not keep records regarding the real estate deal."

12

In one of the more serious allegations, Martinez claims three top mayoral appointees — City Attorney Miko Brown, Chief Financial Officer Nicole Doheny, and Chief Strategist Jeff Dolan — pressured him to help "get rid" of airport CEO Phil Washington.

AD


Martinez alleges that, in August, the acting city attorney called him and directed him and his team not to keep records of the real estate transaction, saying, "Keeping records would scream treble damages to the FAA." Martinez says he responded by instructing his legal team and Washington "to keep records of everything."

He further claims the city retaliated against him in multiple ways, including "essentially telling him to admit his Park Hill real estate deal legal opinions and advice were wrong."

13



A 2018 Getty Images file photo shows the Park Hill Golf Club in Denver.

Hyoung Chang/The Denver Post via Getty Images

According to the complaint, the city placed Martinez on administrative leave last week and told him he could no longer serve as general counsel.

Martinez also recounts a January meeting with Brown in which he says she told him he had "zero credibility," was "full of s***," and added, "maybe this isn't the place for you."

metro by T·Mobile

iPhone 16e ON US

W/ $100 virtual prepaid Mastercard after 3rd monthly payment.

SWITCH NOW

$99.99 +tax at checkout. Not avail. if w/ Metro in pas

In one of the most explosive allegations in the lawsuit, Martinez claims Brown suggested he "get a noose and hang yourself with it" if he did not get "on board" with a

14

plan to "take care of" Washington.

The lawsuit also accuses Brown of unethical conduct involving Key Lime Airlines. In 2025, the Denver City Council voted to bar the airline from a lease at the airport because it was using aircraft to deport people based on their immigration status, according to reports from multiple nonprofits, which U.S. Immigration and Customs Enforcement did not dispute. Denver's City Council agreed with the findings and rejected the lease, with one council member voting for it, 11 voting against it, and one member absent.

Martinez alleges Brown urged him to fabricate an investigation into Key Lime to justify the decision to the FAA. According to the lawsuit, Brown asked airport officials in January whether they investigate airlines for safety violations. When told that responsibility lies with the FAA, Martinez claims she responded, "well, you all should investigate Key Lime yourselves."

"If the FAA comes knocking," the lawsuit quotes Brown as saying, "I want to be able to have in my back pocket that (the) Council was also voting (no) because of safety issues."

15



A 2022 Getty Images file photo shows Denver International Airport.

Getty Images/iStockphoto

Martinez says such actions would be "likely illegal" and "unethical."

The mayor's office strongly disputed all of the allegations.

"This lawsuit is 40 pages of horses*** from a disgruntled employee. There is no 'plot' to remove the head of the airport – and the plaintiff certainly wasn't conscripted into one," Ewing said. "The City Attorney didn't say the things listed here. No one called for a fake investigation on Key Lime. And the Park Hill deal was and is entirely legal and followed all FAA obligations as well as federal law."

16



Ewing added that Martinez "has not been asked to violate the law or city policy" and "has not been drawn into a conspiracy," but instead "violated his ethical obligations to the city" by taking positions opposed to his client and disclosing privileged information.

In response to the city's denial, Martinez told CBS News Colorado that extensive documentation exists to support his claims.

"My team, the airport, and I kept a tremendous amount of contemporaneous records of all the allegations discussed in the court filing," he said. "It's all there for the public to see, and certainly a judge."

The case now heads to federal court, where the competing claims will be tested.

See the lawsuit below:

### Federal lawsuit against City of Denver and three of Mayor Mike Johnston's appointees





Colorado | News ∨  Weather ∨  Sports ∨  Video  Your Reporters ∨  •••     ☁ 40°

Local News

# Denver city attorney responds to Denver International Airport lawsuit, calls claims "upsetting"

By Brian Maass

Updated on: March 20, 2026 / 7:23 AM MDT / CBS Colorado

⊞ Add CBS News on Google

One day after Denver International Airport's general counsel filed a federal lawsuit against the city and three of Mayor Mike Johnston's appointees – alleging unethical and potentially illegal behavior, and claiming they were plotting to oust airport CEO Phil Washington – one of the appointees, City Attorney Miko Brown, responded by saying of the claims in the lawsuit, "I know they're upsetting."

18

Watch CBS News



City Attorney Miko Brown

City of Denver

In an email sent to all employees in the City Attorney's Office, Brown wrote, "The alleged claims are untrue." CBS Colorado obtained a copy of the email.

Denver International Airport's top lawyer, Everett Martinez, filed the lawsuit the previous day, stating he had been stripped of his job responsibilities and placed on administrative leave last week. According to the lawsuit, this occurred after he shared legal advice with Brown, Chief Financial Officer Nicole Doheny, and the mayor's Chief Strategist Jeff Dolan that conflicted with how they handled two major city

19

issues: the Park Hill golf course land swap and a city council measure related to <u>Key Lime Air</u>.

Watch CBS News



Everett Martinez

Denver International Airport

Rob Nespor, director of the City Attorney's Employment and Labor Law Section, also emailed staff, stating that the Martinez lawsuit "contains attorney-client privileged information." He instructed employees to forward any media inquiries about the case to the mayor's office.

"The City vehemently disputes the claims and allegations outlined in the complaint, which are demonstrably false and offensive," Nespor wrote. "While we're

20

Watch CBS News

disappointed that he (Martinez) chose to respond in this manner, we remain focused on our work."

Nespor added that Martinez was placed on leave for violating "multiple" Rules of Professional Conduct, but did not specify which rules were allegedly violated.

See the lawsuit below:

**Federal lawsuit against City of Denver and three of Mayor Mike Johnston's appointees**



Case No. 1:26-cv-01100-SKC          Document 1 of 40

IN THE UNITED STATE
FOR THE DISTRICT

Civil Action No.

EVERETT BEN MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MICHIKO "MIKO" BROWN, DENVER CITY ATT
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR THE MA
In his official and individual capacities.

Page 1 of 40

**More from CBS News**



**◎CBS** COLORADO
DIA adds first-of-its-kind barbershop kiosk on Concourse B

21

What you need to know about Denver in 5 min



Menu

# Denuerite

DONATE

**Denver news**

# Mayoral appointees planned to oust airport CEO Phil Washington, DIA attorney claims in lawsuit

The lawsuit accuses Mayor Mike Johnston's team of violating FAA rules, racist discrimination and retaliation. The mayor's office denies it.



**Kyle Harris**    Mar. 18, 2026, 4:23 pm                    🕐 5 min. read

DIA and the Westin Hotel are seen from the plains, Jan. 21, 2025.

*Kevin J. Beaty/Denverite*

Mayoral appointees planned to oust airport CEO Phil Washington, DIA attorney claims in lawsuit

SHARE

Everett Martinez, the general counsel for Denver International Airport, is suing the city and a trio of bigwig mayoral appointees in a lawsuit that touches on several of the airport's most debated issues of the past few years.

Named defendants include City Attorney Miko Brown, Chief Financial Officer Nicole Doheny and the Mayor's Chief Strategist Jeff Dolan. Martinez is accusing them of racist discrimination and retaliation after he raised concerns about a slew of alleged misdeeds and refused to take illegal actions at their request.

**Stay up to date:** Sign up for the latest Denverite news alerts, delivered straight to you

**Email**

example@mail.com

Jon Ewing, a spokesperson for Mayor Mike Johnston, described the complaint as "40 pages of horses*** from a disgruntled employee."

23

The lawsuit, filed in federal court on Wednesday, alleged Mayor Mike Johnston's trio of appointees conspired to push out DIA CEO Phil Washington.

Brown allegedly told Martinez to "get on board" with the ouster, or alternately, "get a noose and hang yourself with it."

"There is no 'plot' to remove the head of the airport – and the plaintiff certainly wasn't conscripted into one," Ewing said of the allegations. "The City Attorney didn't say the things listed here."

# The Park Hill Golf Course land swap

The lawsuit argues the city ignored Martinez's "sound legal advice regarding serious legal problems with the Mayor's Park Hill Golf Course Land Swap deal," subjecting the city to potential "catastrophic" fines and legal troubles. In the deal, the city obtained the former Park Hill Golf Course from a developer. In exchange, the city gave the developer a plot of land by the airport.

Martinez worried the city was violating a Federal Aviation Administration rule largely prohibiting cities that own airports from taking money or value from the airport for non-airport purposes.

But with the mayor pushing for **the land swap deal** for the **new Park Hill Park** in time for his State of the City address, the mayor's appointees ignored the advice, according to the complaint.

Johnston announced the deal in January 2025, long before it was done. The city valued the land for far less than it was worth, according to the complaint, another potential violation of FAA rules.

The mayor's team also allegedly ordered Martinez to conceal facts from the FAA and to not keep records regarding the land swap — something he refused to do.

24

3/27/26, 10:43 AM                          Mayoral appointees planned to oust airport CEO Phil Washington, DIA attorney claims in lawsuit

"The Park Hill deal was and is entirely legal and followed all FAA obligations as well as federal law," Ewing wrote.

# Key Lime Air

Additionally, Martinez cautioned Denver City Council President Amanda Sandoval that the council's decision to block a request from an immigration enforcement contractor could get the city in trouble with the FAA.

Key Lime Air is an air carrier that has a presence at the airport and also operates deportation flights for federal immigration authorities. **The council denied a request** to grant more space at the airport to Key Lime.

But the FAA prohibits cities from taking discriminatory or non-safety-related actions against airlines, the lawsuit states.

After the vote, according to the complaint, the city attorney asked Martinez to drum up a fake investigation into the company as legal cover. He refused.

"If he would have followed some of their directives, he would have put his law license at risk," his attorney Steven Murray said.

# Retaliation and, eventually, legal action

Martinez alleges that as he refused to disobey the instructions of the appointees, retaliation began. He claims he was iced out of meetings and degraded by the trio.

The lawsuit alleges defendants accused Martinez of working against the city.

"Martinez has not been asked to violate the law or city policy," Ewing wrote. "He has not been drawn into a conspiracy. What he has done is violate his ethical obligations to the city by taking personal positions that were in opposition to those held by his

own client — which is the City and County of Denver —  and by disclosing information protected by attorney-client privilege."

But after years working for DIA and being paid by the airport's funds, Martinez had never been under the assumption that he was representing the city as a whole. Instead, he believed he was representing the airport.

Martinez filed a human resources complaint in January and wrote the trio of mayoral appointees and the Office of Human Resources, making claims that they had violated his First and 14th Amendment rights.

By March, Martinez had added claims: the city had engaged in "race discrimination and retaliation."

Two days later, he was put on administrative leave.

Martinez is requesting a jury trial in the case and seeking back pay and additional financial compensation.

"The goal would be to make all of this go away and let him continue in his job, because he loves his job," Murray said.

---



## Kyle Harris

Kyle's been obsessing over Denver since he moved here from Chicago in 2005: What is this place? Who thrives here? Who's pushed out? Who has room to create and fulfill their dreams? Whose dreams are squashed? And why? He's the former culture editor at Westword, where he covered the city's arts and music scene. Before that, he covered city and state politics as the managing editor at the Colorado Independent. He's raced triathlons (slowly), grown food (well...with others), and toured the country in a folk-punk trio (apologetically). Now, he's reporting about Denver's growth and couldn't be happier about it.



From the Denver Business Journal:
https://www.bizjournals.com/denver/news/2026/03/18/martinez-lawsuit-denver-airport-land-deal-key-lime.html

SUBSCRIBER CONTENT:

**Transportation**

# DIA's top lawyer sues city leaders alleging land deal, immigration controversy retaliation



A couple looks out at the planes awaiting departure at Denver International Airport on January 7, 2025, in Denver.

SETH MCCONNELL | DENVER BUSINESS JOURNAL



By Analisa Romano – Senior Reporter, Denver Business Journal
Mar 18, 2026

27

Listen to this article    8 min

## Story Highlights

- Everett Martinez, airport general counsel and executive vice president since 2022, sued a week after being put on leave.
- He claims he raised issues with the city's Park Hill land swap, rejection of an airline lease and resisted a push to oust DIA's CEO.
- A mayor's spokesman says none of the claims have merit.

Denver International Airport's lead attorney on Wednesday filed a lawsuit that alleges Denver leaders retaliated against him for sounding the alarm over what he called unlawful actions surrounding a recent real estate deal and a Denver-based airline's lease at the airport.

Everett Martinez, airport general counsel and executive vice president since 2022, is suing the city and three of its leaders for retaliation after he said he warned them of financial and legal consequences in their decision to move forward with the Park Hill Golf Course land swap deal and to reject DIA's proposed lease expansion with Key Lime Air, a Denver-based airline that has drawn protests for




A spokesman for Denver Mayor Mike Johnston immediately dismissed the lawsuit as meritless, calling Martinez's complaint "40 pages of horseshit from a disgruntled employee."

Martinez filed his lawsuit in U.S. District Court for the District of Colorado after being put on administrative leave on March 11, according to court documents.

28

Martinez names the city and county of Denver, City Attorney Michiko "Miko" Brown, Financial Officer Nicole Doheny, and Jeff Dolan, chief strategist for the mayor, as defendants.

His complaint also alleges that he refused city leaders' pressure to help them remove DIA CEO Phil Washington from his post.

Martinez is seeking reinstatement to his role as general counsel and a variety of financial and compensatory damages, and punitive damages against the named defendants.

Jon Ewing, a spokesperson for the mayor's office, said in an email to the Denver Business Journal that there is no merit to any of Martinez's claims.

"There is no 'plot' to remove the head of the airport – and the plaintiff certainly wasn't conscripted into one," Ewing said. "Martinez has not been asked to violate the law or city policy. He has not been drawn into a conspiracy."

Ewing added that Martinez did "violate his ethical obligations to the city by taking personal positions that were in opposition to those held by his own client – which is the City and County of Denver – and by disclosing information protected by attorney-client privilege."



Martinez claims in the lawsuit that he warned city leadership of potentially "severe" legal and financial consequences of a real estate deal that traded 145 acres of DIA-owned land in Adams County, immediately south of the airport, for private land in northeast Denver that was home to the former Park Hill Golf Course.

The land swap, finalized by the city in October to create a large public park, was a solution to Denver voters' rejection of plans by Glendale-based developer

Westside Investment Partners to turn the former golf course into a mixed-use neighborhood. Westside had purchased the land in 2019 for $24 million, but voters passed a measure in 2021 that required a citywide vote to remove a city conservation easement before the land could be developed.

Lifting the easement was later rejected, and Johnston's office and Westside announced the land exchange in early 2025.

The Denver City Council initially approved a 145-acre swap last May. Later, the developer demanded 20 more acres, the lawsuit complaint says, and that much more land was later added to the deal.

Martinez alleges that he was pressured by Johnston and Doheny to conceal the addition of land to the swap, particularly the city's plans to immediately transfer the DIA land to Westside once the airport had transferred its land to the city. He added that he was told to keep no records.



A golf cart path cuts through Park Hill Golf Course on April 3, 2023, in Denver.

SETH MCCONNELL | DENVER BUSINESS JOURNAL

According to Martinez's complaint, swapping acreage owned by DIA near the airport for the Park Hill Golf Course land violated Federal Aviation Administration rules, including one that requires the revenue for city-owned airports to only go toward airport purposes.

Martinez interpreted the FAA's revenue diversion standard to mean nothing of value belonging to the airport could be diverted for non-airport purposes, the lawsuit complaint said.

Ewing, the mayor's spokesman, disputed those allegations, saying the Park Hill deal "was and is entirely legal" and fully complied with FAA rules and federal law.

Martinez had years of experience as a public finance attorney in private practice before going to work for the DIA. That experience was highlighted in a 2022 announcement about his promotion to DIA's general counsel and executive vice president after six years working as a lawyer for the airport.

Last July, Martinez became a finalist for the open position of Denver City Attorney, and he brought up the Park Hill land deal problems in the interview, the lawsuit complaint says. He didn't get the job.Last September, he sent the new city attorney a memo outlining the issues he saw with the Park Hill land swap; he got



The lawsuit complaint said Martinez was also concerned about whether the trade of airport-owned land would satisfy the FAA's requirements for fair market valuation. In 2020, DIA told the FAA the land that went to Westside was worth $3.25 per square foot, but the city's appraisals came in at $1.70 in 2024 and $1.65 in 2025, according to the complaint.

According to previous Denver Business Journal reporting, city briefings said the 145 acres of DIA property was valued at $12.758 million, putting the value at about $2 per square foot. That value doesn't include the 20 acres later added to the swap.

The 155 acres of Park Hill property was valued at $12.76 million.

Martinez alleges that the FAA warned DIA last fall that future grants were at risk because of the land transfer arrangement.

Laura Swartz, spokesperson for the Denver Department of Finance, said that the FAA had reviewed the transaction twice and had no objections either time.

**Key Lime Air**

Another allegation Martinez makes is that he was pressured to fabricate the reasoning behind the Denver City Council's rejection of a lease for Key Lime Air at DIA.

The Denver-based airline has been at the center of some local protests surrounding its affiliation with the Trump administration's deportation efforts.

Due to that connection to immigration controversies, Denver city council members rejected an ordinance in December that would have allowed Key Lime



Brown, the city attorney, told Martinez to investigate Key Lime for safety reasons to justify the council's vote to the FAA, his lawsuit alleges.

Ewing said that is untrue.

"The City Attorney didn't say the things listed here," Ewing said. "No one called for a fake investigation on Key Lime."

Republican Sen. Ted Cruz, a Texan who is chair of the Committee on Commerce, Science and Transportation, wrote a March 11 letter to Johnston that called for a review of DIA's compliance with FAA rules. He argued that a federally funded airport cannot deny a lease on political grounds.

### Retaliation

Martinez, who prior to DIA worked at Kutak Rock as a public finance attorney and was an attorney with Greenberg Traurig, argues that his protests surrounding both of those issues led to retaliation and discrimination from city leadership.

He alleges he received the lowest performance evaluation of his career when he was denied the $50,000 pay raise and job reclassification, which had been endorsed by airport leaders.

Martinez's 2026 salary is $225,358, according to court documents.

After filing a complaint with Denver's Office of Human Resources, hiring a lawyer and notifying the named defendants of his legal claims, Martinez claims he was told that he could no longer serve as general counsel and that he would be removed from his post if he did not resign.



*your phone.*



# The 405 most popular flight destinations out of Denver International Airport

Average daily passengers on nonstop flights originating from DIA over 12 months ending June 30, 2025

33

FRIDAY, MARCH 20



Blucifer stands outside Denver International Airport. *(Paul Karolyi / City Cast Denver)*

## 💥 Is the Mayor Plotting to Oust DIA Chief Washington?

That was among the allegations DIA general counsel Everett Martinez made in a new lawsuit against the City of Denver and three of Mayor Mike Johnston's appointees. According to Martinez, City Attorney Miko Brown told him to "get on board" with a plot to oust DIA CEO Phil Washington or alternately, "get a noose and hang yourself with it." A spokesperson for Mayor Mike Johnston called the lawsuit "40 pages of horses*** from a disgruntled employee." [Denverite; Denver Post 🔒 ]

- ✈️ **What does this have to do with ICE?** Martinez alleges that he warned top city officials that the FAA could cut funding for the airport if City Council rejected a proposed contract for Key Lime Air over exclusively ideological concerns (ICE also contracts with Key Lime Air for detainee flights). Council voted the contract down last December, with 11 members against.

- ⛳ **And the Park Hill Golf Course is involved too?** Last year, Mayor Johnston announced a land swap – the airport would give up 165 acres of land to Westside Investment Partners in exchange for the 155-acre Park Hill Golf Course. Martinez said he thought the airport was getting less than market rates for the land, and he

alleges that city officials instructed him to withhold certain records of the negotiations from the FAA.

- ☼ **What is Mayor Johnston's response?** "Martinez has not been asked to violate the law or city policy," said Ewinn. "What he has done is violate his ethical obligations to the city by taking personal positions that were in opposition to those held by his own client."

35







# DIA General Counsel Files Lawsuit Against City and City Staff for First Amendment Retaliation and Race Discrimination

🕐 March 19, 2026    ❤ Like    0   Guest Contributor

**SUPPORT LOCAL MEDIA-DONATE NOW!**



*Press releases are provided to Yellow Scene Magazine. In an effort to keep our community informed, we publish some press releases in whole.*

*MEDIA RELEASE*

*Wed., March 18, 2026*

*Contact: Steven Murray, 303-396-9952, steven@smurraylaw.com*

**DIA General Counsel Files Lawsuit Against City and City Staff for First Amendment Retaliation and Race Discrimination**

*Alleges Unlawful Retaliation for Disclosing Improper, Unlawful Transactions, & Directives in Conflict with FAA Mandates Re: Mayor's Park Hill Course Deal & City's Airlines Decision*

**DENVER, CO** – In a federal lawsuit, the Denver International Airport (DIA) General Counsel charges the City and County of Denver, the City Attorney, the City's Financial Officer, and the Mayor's Chief Strategist with retaliation for disclosures of wrongdoing, political retaliation in violation of the First Amendment, and race discrimination.

Everett Martinez, a Latino, is General Counsel and Executive Vice President of DIA. Martinez has served as an Airport attorney for nearly ten years, four of which as the General Counsel

After Martinez made lawful disclosures to Defendants, they told him he can no longer serve as General Counsel, and he will lose his employment.

Martinez, a Colorado native and Harvard Law School graduate, sues the City, Michiko "Miko" Brown, City Attorney; Nicole Doheny, Chief Financial Officer; and Jeff Dolan, Chief Strategist for Denver Mayor Mike Johnston, in their individual and official capacities.

Brown, Doheny, and Dolan are political appointees of Mayor Johnston. Martinez is a career service employee, not a political appointee.

Martinez's protected disclosures and refusal to engage in unlawful activities involve the Mayor's Park Hill swap real estate deal and the City's decision on Key Lime Air.

The Park Hill land deal involves a private developer swapping the land of the Park Hill Golf Course to the City in return for the Airport giving him land at the Airport.

37

Martinez [1:26-cv-01100] filed his case in the United States District Court for the District of Colorado, alleging that the City and individual defendants retaliated against him for making repeated pleas to them, on multiple issues, to follow the strict legal mandates of the Federal Aviation Administration in all aspects of the Park Hill real estate deal. He repeatedly warned Defendants that violating the mandates could subject the City to legal and potentially catastrophic financial penalties under the FAA revenue diversion rule. This law prohibits the City from using any Airport revenue for any non-airport purpose.

Defendants ignored Martinez's advice.

Martinez rejected the Defendants' unlawful directives to conceal a material fact from the FAA, regarding the involvement of the private developer, and not to keep records of matters involving the real estate deal.

The Key Lime Airlines matter involved the City Council voting to bar the airline from a lease at the Airport because the airline was using its aircraft to deport people based in the migration status.

Martinez informed the Defendant and Amanda Sandoval, President of the City Council, of the legal and financial risks of the cancellation decision because the FAA prohibits a City from taking any action against any airline for a discriminatory or non-safety-related reason.

Martinez rejected Brown's repeated directives to fabricate an investigation for a fake reason as after-the-fact evidence to present to the FAA as justification for the City's decision on the lease for Key Lime airline.

Martinez refused the Defendants' pressure to work with them to "get rid" of Phil Washington, a Black man and the CEO of DIA.

Following Martinez's protected disclosures and refusal to take unlawful actions, the defendants engaged in a pattern of retaliation, including denying him a recommended pay raise and job reclassification, resulting in an annual loss of about $50,000, giving him the lowest performance evaluation of his career, and threatening his job. On January 7-8, 2026, Brown told Martinez that if he did not like his situation, he could get a noose and hang himself with it.

On January 13, 2026, Martinez filed a complaint with the City's Office of Human Resources. Later, he hired Steven Murray, a Denver-based attorney. On February 20, 2026, and March 9, 2026, Murray submitted documents to the Defendants setting forth Martinez's legal claims and explaining why

38

any retaliation against Martinez for hiring an attorney and petitioning the government for redress was unlawful.

Two days later, on March 11, 2026, the City told Martinez he could no longer serve as General Counsel, and if he did not resign, he would be removed or declared as disqualified.

Murray stated, "Individuals do not lose their First Amendment rights by accepting employment with the City and County of Denver. The First Amendment provides clearly established fundamental rights and protections for public employees against workplace retaliation because the employee exercised his rights to freedom of expression and association and their constitutional right to petition the government for redress."

Martinez also asserts a claim of race discrimination against the City and the individual Defendants under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution.

Martinez requests a jury trial and seeks back pay, compensatory damages, punitive damages, and other relief.

###

🏷 **Jeff Dolan Chief Strategist for Denver Mayor**, **Harvard Law School Graduate**, **Martinez [1:26-cv-01100]**, **CEO of Denver International Airport Phil Washington**, **President of Denver City Council Amanda Sandoval**, **Amanda Sandoval President of the City Council**, **Equal Protection Clause of the Fourteenth Amendment of the United States Constitution**, **Denver Office of Human Resources**, **Attorney Steven Murray**, **United States District Court for the District of Colorado**, **General Counsel and Executive Vice President of DIA Everett Martinez**, **City and County of Denver**, **FAA Mandates**, **Key Lime Air**, **Denver Mayor's Park Hill Course Deal**, **Denver International Airport (DIA) General Counsel**, **Denver Mayor Mike Johnston**, **Denver City Attorney Michiko "Miko" Brown**



   Play Now

**Steven Murray** is an attorney representing the general counsel of Denver International Airport in a lawsuit against parts of the Denver government. The accusations are pretty aggressive.

## Mayoral appointees planned to oust airport CEO Phil Washington, DIA attorney claims in lawsuit

The city sent a response to the KOA news desk:

> This lawsuit is 40 pages of horses\*\*t from a disgruntled employee. There is no "plot" to remove the head of the airport – and the plaintiff certainly wasn't conscripted into one. The City Attorney didn't say the things listed here. No one called for a fake investigation on Key Lime. And the Park Hill deal was and is entirely legal and followed all FAA obligations as well as federal law.

> Martinez has not been asked to violate the law or city policy. He has not been drawn into a conspiracy. What he has done is violate his ethical obligations to the city by taking personal positions that were in opposition to those held by his own client - which is the City and County of Denver - and by disclosing information protected by attorney-client privilege.

On a related note, Senator Ted Cruz is looking at one of the issues raised in the lawsuit and it may cost DIA bigly: **Sen. Ted Cruz calls for review of DIA grants over Key Lime Air vote**

We will ask Mayor Johnston about the lawsuit tomorrow.

This site uses cookies and other tracking technologies for site performance, marketing, and to serve more relevant content and advertisements to you. We share information about your activity on our site with advertising and analytics vendors and other third parties. You can change your preferences at any time by clicking "Your Privacy Choices" in the footer of the site. By continuing to use the site, you agree to our **Terms of Use** including our class action waiver, and acknowledge our **Privacy Policy**.



**Portfolio Media. Inc.** | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Denver Airport's General Counsel Claims Race Discrimination

By **Rachel Konieczny**

Law360 (March 20, 2026, 7:27 PM EDT) -- The city of Denver and three of its officials retaliated and discriminated against the Denver International Airport's general counsel for refusing to follow certain city directives that the attorney says could constitute criminal conduct, he alleged in Colorado federal district court.

In a complaint filed Wednesday, Everett Martinez, the DIA general counsel and executive vice president, alleged the city placed him on administrative leave after he claimed racial discrimination and retaliation by the city, Denver city attorney Michiko "Miko" Brown, Denver Chief Financial Officer Nicole Doheny and chief strategist for the mayor of Denver Jeff Dolan.

Martinez said the city denied him a pay raise and upward job reclassification recommended by top officials at DIA, repeatedly accused him of "sabotaging and obstructing" a land swap deal for the airport and invited him to help "get rid of" DIA's chief executive officer, among other acts. Denver Mayor Mike Johnston appointed Brown, Doheny and Dolan, the complaint said, while the former mayor appointed DIA CEO Phil Washington.

According to the complaint, Brown, Doheny and Dolan disagreed with Martinez's legal advice on several matters and subsequently began to retaliate against him. The defendants also gave unlawful and unethical directives to Martinez, he said, including directions to conceal information from the Federal Aviation Administration and not have Martinez's team keep records on a real estate deal.

Martinez, who identifies as Hispanic and Latino, also alleged Brown told him at the end of a meeting to "get a noose and hang yourself with it" if he did not get "on board" with Brown, Doheny and Dolan's plan to remove Washington from his role, the complaint said.

Martinez said the defendants later retaliated against him when he refused to participate in a "politically motivated personnel action," placing him on leave.

"The defendants' targeted two people of color: Martinez and Washington, two senior officials at Denver International Airport, and they are both under attack by the same group of political appointees," the complaint said. "No similarly situated white officials have been targeted."

Jon Ewing, press secretary and spokesperson for the Denver mayor's office, said in a statement to Law360 Friday that Martinez has not been asked to violate the law or city policy, and "he has not been drawn into a conspiracy."

"What he has done is violate his ethical obligations to the city by taking personal positions that were in opposition to those held by his own client — which is the city and county of Denver — and by disclosing information protected by attorney-client privilege."

A spokesperson for the Denver City Attorney's Office declined to comment Friday.

Steven Murray of Murray Law LLC, counsel for Martinez, said the city of Denver has initiated a "false campaign" to discredit his client.

"Mr. Martinez was under siege over there at the airport," Murray told Law360 Friday. "It became an intolerable situation, and we want to protect him and vindicate his rights. He loved his job at the

airport, he still loves it, and he's a highly talented, very humble guy."

Murray said the city placed his client on investigative leave the day after Martinez filed his suit.

Martinez began serving as general counsel for DIA in 2022, the complaint said.

The complaint alleges claims of First Amendment retaliation, race discrimination and retaliation, and retaliation under the False Claims Act.

In addition to judgment for Martinez, he also seeks back pay, compensatory damages, reinstatement as general counsel and punitive damages, among other relief.

Martinez is represented by Steven Murray of Murray Law LLC, and by Andrea Sobel and Brandon Armitage of Sobel Law LLC.

Counsel information for the city of Denver, Brown, Doheny and Dolan was not available Friday.

The case is Everett Ben Martinez v. City and County of Denver et al., case number 1:26-cv-01100, in the U.S. District Court for the District of Colorado.

--Editing by Leah Bennett.

---

All Content © 2003-2026, Portfolio Media, Inc.