**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01100-SKC-KAS

EVERETT MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MIKO BROWN, DENVER CITY ATTORNEY,
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY,
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR DENVER MAYOR
In his official and individual capacities.

Defendants.

_____

# EXHIBIT 9 – PAY RAISE RECOMMENDATION
_____



April 7, 2024

The Office of Human Resources (OHR)
Classification and Compensation Division

It is our understanding that currently, DEN General Counsel/Executive Vice President, Everett Martinez, is classified as an EX-21, by the Office of Human Resources, whereas all other DEN Executive Vice President's are classified as an EX-22. Such classification puts Mr. Martinez's salary below DEN's Deputy Executive Vice Presidents.

Mr. Martinez's fellow Executive Vice President colleagues are in favor of him being paid at their same pay classification, to fix this inequity.

DEN Finance, which pays Mr. Martinez's salary to the City Attorney's Office, out of the Aviation Enterprise Fund, has capacity to meet Mr. Martinez being classified as an EX-22.

Mr. Martinez participates in all Executive Vice President meetings and events, beyond those which require solely his legal training, as a business collaborator and representative of the airport.

DEN has represented Mr. Martinez as an Executive Vice President in numerous places, including, but not limited to, its announcement of his promotion to his current position and his inclusion in all public offering documentation for bond transactions as "Executive Vice President/General Counsel".

Thank you,

Phillip A. Washington
Chief Executive Officer

Mike Nakornkhet
Executive Vice President/Chief Financial Officer

12/22/25
EXECUTIVE VICE PRESIDENT/
CHIEF FINANCIAL OFFICER

CC:     Kat Barker, Senior Human Resources Director

