**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01100-SKC-KAS

EVERETT MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MIKO BROWN, DENVER CITY ATTORNEY,
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY,
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR DENVER MAYOR
In his official and individual capacities.

Defendants.

_____

# EXHIBIT 10 – EMAILS RE: INQUIRIES ON PAY RAISE

_____

 Outlook

---

**RE: Position**

---

**From** Martinez, Everett - DEN <Everett.Martinez@flydenver.com>

**Date** Tue 9/2/2025 11:04 AM

**To** Dolan, Jeff J. - MO Chief Strategy Officer and Counsel - Mayor's Office <jeff.dolan@denvergov.org>

📎 2 attachments (2 MB)

DEN-DF395@flydenver.com.pdf; Copy of 10.22.24 EVP Salary.xlsx;

Jeff,

As I mentioned on our call on Friday, here are some additional documents. Again, the email I sent below, sums things up well. Please reread that when you get a second. A few additional points:

- For full clarity, OHR Comp and Pay person I spoke to previously was Blair Mallory (regarding the process of the Agency Head, Kerry, being the person would need to request the change in classification).

- Additionally, both Deputy EVPs make more than me (as does the PIO, who isn't even an executive), supported my pursuing this matter.

- The DEN OHR person, who was also a part of this pursuit and CCed on the Phil letter, sent me the EVP salaries (attached hereto) in October 24.

- For reference, I believe my salary was around $217,000 for 2024, yet as you can see from the spreadsheet, the other EVPs salaries are approximately $28-58K more than me!

- The documents attached have all the "official" places the City and DEN present me as General Counsel AND Executive Vice President (workday, teams, my door...etc).

- Fundamentally, I am not asking for a "raise" but rather my salary reflect the work which my job requires (which is different from the other directors in the CAO), and the request predated all budget and labor union changes to CCD.

Thanks,

Everett



**EVERETT B. MARTÍNEZ**
**GENERAL COUNSEL/EVP**
Denver International Airport
Airport Office Building | Executive Suite
8500 Peña Boulevard | Denver, CO 80249-6340
CELL (720) 916-2567

**From:** Martinez, Everett - DEN <Everett.Martinez@flydenver.com>
**Sent:** Wednesday, August 27, 2025 11:21 PM
**To:** Dolan, Jeff J. - MO Chief Strategy Officer and Counsel - Mayor's Office <jeff.dolan@denvergov.org>
**Subject:** Re: Position

Hi Jeff, I know you all got a lot on your plate, but did you get a chance to review this etc.?
Thanks,
Everett

Get Outlook for iOS

**From:** Martinez, Everett - DEN
**Sent:** Tuesday, August 12, 2025 9:55:45 PM
**To:** Dolan, Jeff J. - MO Chief Strategy Officer and Counsel - Mayor's Office <jeff.dolan@denvergov.org>
**Subject:** FW: Position

Hi Jeff,

My apologies for springing this on you, but I have an atypical request of the Mayor's office, which I'd ask for your input, and support, ultimately. And I'd also like to acknowledge that this isn't your issue or problem.

Please see the attached letter from Phil and DEN's former CFO, Mike Nakornkhet. In <u>April of 2024</u>, I approached Kerry Tipper about this matter, and she had follow up questions for me, which I answered, then she said she would consider this, but left on maternity leave. Then on her last day with the City, she met with me to tell me she hadn't decided and suggested I bring it up to the new City Attorney, who she assumed would be Katie McLaughlin. So, I waited again, and here we are today with Miko's forthcoming tenure.

A brief background on this:

Phil signed the attached letter, drafted by DEN's CFO, upon the CFO becoming aware that, while I am an "EVP" at DEN, I am not paid at the EVP pay scale as the other five EVPs (EX-21 vs. EX-22). As I think I have alluded, frankly, it says a lot that Phil agreed here, as he isn't a fan of lawyers, yet he saw this as an inequity for addressing. For perspective, the deputies and even the Airport's CIO make more than I do.

Per Kerry's request, I "desk audited" all my time from mid-August 2024 to mid-September 2024. On the timesheet I presented to her, I spent 57.25 hours doing "DEN EVP" activities, that were not "lawyering" related, **which accounted for over 20% of my time**, yet I make approximately 20% less than my EVP colleagues. Additionally, I met with the CAO's OHR Class and Comp specialist to discuss this, that same month. The Class and Comp rep said that

the City Attorney was the person who could request my position be classified as an EX-22, and that "we'd have to really take the desires of the agency into account, regarding how to compensate attorneys, as it is their own (enterprise) fund."

I kept waiting and waiting, since April of last year, and Kerry just kept punting, and then the City Attorney position was kept open much longer than I ever dreamed it would be. Further, in the interim, the voters approved the unionization of City workers too, limiting my window for making this happen.

I thought about what I would do if I became City Attorney, and I was ready to implement this change if I was ultimately hired into the role, because if it was right and equitable for me, then it should be done even if someone else was GC to DEN, at that point. However, I don't want to ask this of Miko, as someone who I don't know and who will be undertaking major problems that are system wide. **However, if the Mayor's office stated that they want this change, as part of her onboarding, it would mean everything to me.** I think we both know that my job is a bit more that being just a legal advisor to the Airport, especially when it comes to issues of mutual interest to the City and DEN, and I only want to be paid equitably like my colleagues are. This does not require Council approval or anything. Only the City Attorney requesting the change to Class and Comp, and the money comes out of the Enterprise Fund, which DEN supports.

I'm sorry to ask for your help here, but I am at the point where my future at DEN will look quite differently if this inequity continues. I think no one, at DEN or in the Administration, would argue that I do not do a heck of a lot for the City, and the math shows, along with the "General Counsel/EVP" title implies, that my job is more than being a lawyer to DEN, it also entails being an executive, which requires a lot of time and work beyond advising on legal matters.

Thank you,

Everett

Everett B. Martínez
General Counsel/EVP
Denver International Airport
Airport Office Building | Executive Suite
8500 Peña Boulevard | Denver, CO 80249-6340
Cell (720) 916-2567

From: Martinez, Everett - DEN
Sent: Sunday, January 26, 2025 5:02 PM
To: Kerry.Tipper@denvergov.org
Subject: RE: Position
Importance: High

Hi Kerry,

I know you are on your last weeks of being our City Attorney, but you are still wearing the crown, so I ask that you please take a few minutes to reread the memo I sent you in early October (referenced below).  I worked very hard documenting all of that, and on expressing my reasoning.

I was in Tucson on Friday, solely with Airport General Counsels from all over the country, which was a wonderful event.  What I am asking for here is common to that group, and the only other GC with a city system managing them (whose City hadn't classified the GC at airport executive levels), had this change made recently.  Their reasonings didn't really align with my arguments, but rather because, solely, that's what airports pay executives and to have a lower paid GC leads to getting less effective counsel.  Again, as you will see from my memo, that's not really my reasoning here.

As this is your last week or two, I hope that if you agree with me here, you could approve this reclassification with class and comp.  I am not even asking for a pardon here in your last days

If not, I would have to continue to wait, and fight this out with C/P and whoever becomes City Attorney, next, whenever that happens.

Finally, I do have my prize from the CAO Christmas Party where I won "Coffee with Kerry Tipper", burning a hole in my pocket.

Thanks,

Everett



**Everett B. Martínez**

**General Counsel/EVP**
Denver International Airport
Airport Office Building | Executive Suite
8500 Peña Boulevard | Denver, CO 80249-6340
Cell (720) 916-2567

**From:** Martinez, Everett - DEN
**Sent:** Wednesday, October 9, 2024 4:31 AM
**To:** Kerry.Tipper@denvergov.org
**Subject:** Position

Hi Kerry,

I had been hoping to give you my written answers to the email you sent me in late June, regarding my reasoning for the request to change my position from an EX-21 to an EX-22, during our next one-on-one. However, our last scheduled meeting was cancelled when you came down with COVID and I believe you are working from home for, at most, the next two weeks, before your due date. So, I prepared a brief memo that not only provides my answers to your questions but offers much more context and information.

I believe you had also asked to see the letter that Phil had signed regarding his and the EVPs support of this request. It is attached to my memo as an exhibit. What I did not put in the memo, as I wasn't sure where it would end up, is how remarkable it was that Phil signed it. As you know, he has been less than welcoming to me, often, but he was very open to this, which I hope in part shows legitimacy to my claims.

Happy to chat whenever you'd like, if necessary.

Thanks,

Everett



**Everett B. Martínez**

**General Counsel/EVP**
Denver International Airport
Airport Office Building | Executive Suite
8500 Peña Boulevard | Denver, CO 80249-6340
Cell (720) 916-2567



**Everett B. Martínez**

**General Counsel/EVP**
Denver International Airport
Airport Office Building | Executive Suite
8500 Peña Boulevard | Denver, CO 80249-6340
Cell (720) 916-2567