**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01100-SKC-KAS

EVERETT MARTINEZ,

Plaintiff

v.

CITY AND COUNTY OF DENVER,

MIKO BROWN, DENVER CITY ATTORNEY,
In her official and individual capacities,

NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY,
In her official and individual capacities, and

JEFF DOLAN, CHIEF STRATEGIST FOR DENVER MAYOR
In his official and individual capacities.

Defendants.

_____

# EXHIBIT 11 – MARTINEZ'S 2025 PERFORMANCE EVALUATION

_____

# EXHIBIT # 4

# EVERETT MARTINEZ'S POSITION STATEMENT

_____



# Everett Martinez (142004)

# Annual Review 2025

General Counsel/EVP

Organization: CAO ADM Administration Group (Snezhanna Singleton (202619), Kathryn Smith (114736))

Manager: Snezhanna Singleton (202619)

Location: DEN AOB Lvl 09

Evaluated by: Kathryn Smith (114736)

01/01/2025 - 12/31/2025

## Overall

**Calculated Rating:** 2.12
**Rating:** Thriving
**Comment:**

## City Values

### 2025 City Values

**LISTEN** | Respectful Inclusivity– Demonstrates active listening and continuous learning when engaging with others. Collaborates with city coworkers, Denver residents and the broader community to achieve shared goals and positive outcomes. Champions a culture of inclusivity and respect. Strives to find solutions across departments and teams.

**DARE** | Drive Innovation – Dares to be bold and creative. Driven to deliver breakthrough solutions with speed and efficiency. Actively contributes to a culture that embraces continuous improvement.

**DELIVER** | Accountable - Takes initiative, identifies problems and solutions, rises to meet challenges, and adapts to change. Follows through on commitments and takes responsibility for results and timely completion of tasks. Exceed the needs and expectations of those we serve.

**Due Date:** 12/31/2025     **Status:** Completed     **Completion Date:** 12/31/2025

**Category:** City Values
**Supports:** 2025 City Values

**Weight:** 100

**Rating:** **Development Needed**
**Comment:**

**Comment:** Everett - you do a nice job of listening to your clients and to your team, but DEN seems to be pulling further away from the City. I'd like to see you focus on strengthening relationships with City leaders in 2026. I'd like to work closely with you to create shared success for DEN and the City, rather than supporting the independence desired by some in your client group.
You pulled your team together well after the departure of an AD. You are good at escalating issues when appropriate. You are willing to try new things. Part of "delivering" is being accountable for mistakes or failures. Doing so bolsters your credibility and other's trust in you and your team. I look forward to supporting you in times of triumph, and in taking accountability when things don't go as planned.

—— Section Summary ——

**Calculated Rating:** **1**
**Rating:** **Development Needed**

**Employee Comment:**

**Manager Comment:**

## Performance Goals

### Outcome 1 - Leadership and Vision

- Leads by example and models behavior rooted in ethics and integrity.
- Sets a results-oriented vision and strategy for the section that (i) supports the overall goals of the organization, (ii) increases productiveness in Section areas needing the most improvement, (iii) identifies, evaluates, and implements measurement systems for current and future projects and (iv) is communicated to Section employees on a regular basis, including report outs on the status of how the Section's goals are impacting the Section's vision and strategy.
- Develops high-performance teams by establishing a spirit of cooperation and cohesion for achieving goals.
- Actively fosters a culture of inclusion by rewarding employees' inclusive behaviors and sanctioning behaviors that are exclusive and hurt individual and organizational performance.
- Demonstrates agility and adaptability by quickly identifying solutions to potential political issues or internal / external forces that may influence or alter the Section's or organization's goals.
- Collaborates with other Section Directors to achieve agency and/or Mayoral priorities by (i) promoting and modeling team collaboration and removing barriers to productivity that may impede effective teaming with other Sections in achieving such priorities, (ii) empowering others to make and own strategic decisions that align with achieving such priorities, (iii) knowing when to intervene and when to hold someone accountable who fails to effectively team with the other Sections in achieving such goals priorities, (iv) coordinating with other Section Directors involved to ensure that such cross section teams are giving client(s) consistent advice and ensuring the organization is speaking with one voice.
- Promotes and models excellent client service (internally and externally) by (i) expressing disagreement constructively (e.g., by emphasizing points of agreement, suggesting alternatives that may be acceptable to the team), (ii) always interacting professionally with clients and colleagues, and (iii) promptly responding to requests with accuracy and a courteous demeanor
- Demonstrates openness to new organizational structures, procedures, and technology.
- Seeks formal and informal professional development opportunities for self.

**Due Date:** 12/31/2025     **Status:** Completed     **Completion Date:** 11/25/2025

**Category:** Performance Goals
**Supports:**

**Weight:** 20

**Rating:** **Thriving**
**Comment:**

**Comment:** Everett – congratulations on getting the aviation certification. That's a wonderful accomplishment and a great challenge for your senior attorneys. I know concessions has had a lot of turnover on your team. Since your writing your self-assessment, Nora left the position, through no fault of yours. With Penny's position being replaced and a new attorney taking over that work, I'm hoping you can achieve stability soon. Dave has overall stepped into the role of AD very well, and it seems that he and Kevin work really well together. He has certainly had some bumps on Park Hill, as you know, which need to be addressed. You are strong on making sure your team spends time outside of work in person, and the cohesion is evidence for anyone who spends time with your team. You really advocated strongly for CAO people when lay-offs were such an uncertainty, including by taking on Cora from Human Services, and by advocating for Justin and Melissa to get jobs are DEN. Your efforts on that front were really appreciated.

Where I see room for you and Miko to navigate a difficult situation in the upcoming year is with the division between DEN and downtown. That puts you in a very difficult spot when the two disagree on an issue, for example, Park Hill. My best recommendation to you is that you stay really close with Miko when these divisions pop up to get her help on navigating them. It's Phil's job to support the Mayor in the Mayor's priorities. When Phil is not willing to do that, the best you can do is work hand in glove with Miko to navigate the best way forward.

You are very strong on fostering in-person connections downtown, especially within the CAO. Keep that up.

### Outcome 2 - Talent Management

- Establishes high-quality relationships with employees and invests in each of them.

- Provides regular and meaningful feedback to employees by (i) instituting systems for regular feedback, coaching and career development to teams and individuals to maximize their probability of success and (ii) creating greater transparency around selections for assignments and awards
- Understands individual strengths and abilities and effectively places the right people in the right roles while maximizing each employee's utilization and performance by distributing work assignments equitably.
- Effectively identifies and resolves team and/or individual performance related issues or conflicts, including removing hidden barriers that disproportionately impact any employee's potential performance.
- Actively listens to employees, effectively understands, identifies, and analyzes what one is hearing in order to decide how to best respond.
- Clearly communicates with employees by (i) overcoming physical, psychological, and semantic barriers in interactions with others, (ii) keeping on target and avoiding digressions, (iii) using persuasion effectively, and (iv) maintaining a climate of mutual benefit and trust.
- Engages employees in achieving the Section's objectives.

**Due Date:**   12/31/2025    **Status:**   Completed    **Completion Date:**   11/25/2025

**Category:**   Performance Goals
**Supports:**

**Weight:**   25

**Rating:**   **Excellent**
**Comment:**

**Comment:**   Everett – now that the leadership on your team has stabilized, your team appears to be much more cohesive and productive.  You have a nice mix of levels of seniority on your team, which provides a lot of opportunity for mentorship.  In the past, some members of your team have expressed to me that they didn't feel they could go to everyone on your team to ask for advice.  Those people are no longer there, but it may make sense for you to check in with all staff and line attorneys on your team to see where they are with that.  And if it's not a resounding "yes I could ask absolutely anyone on this team for help," then dig into that a little bit more. Dave and Kevin (and I think Ivy?) are new managers, so I suggest that you take a hands-on approach with them to make sure they are actively managing their direct reports and coach them if they have opportunities for improvement.   You make an effort to form bonds with your employees.  You think about how their strengths match DEN's work and you consider what work employees enjoy doing when making assignments.  Nora had an outburst this year with a staff member and you addressed it, which led to her resignation.  That was probably a good thing.

## Outcome 3 - Legal Competence

- Demonstrates general knowledge of a wide variety of municipal law areas, with expertise in the subject matter areas handled by the Section.
- Handles special projects as assigned by the City Attorney, Deputy City Attorney or as needed.
- Produces concise, cogent, and coherent written work in final form.
- Determines valid premises arriving at logical conclusions from them, separates fact from hearsay and unwarranted assumptions and false inferences, applies inductive and deductive logic appropriately, and identifies logical fallacies, invalid premises and conclusions based on insufficient information.
- Pro-actively monitors and analyzes legislative bills, initiatives or other advocacy efforts that may impact the work done by the Section, identifies potential solutions and timely notifies the City Attorney or Deputy City Attorney.
- Transactional: (i) high level understanding of City Charter, Code, and contract provisions and procurement process relevant to Section's work; (ii) effectively negotiates contracts and risks and creatively drafts provisions to meet needs of the client; and (iii) mastered insurance, indemnity, and immunity law as they pertain to municipal contracts; understands other aspects of client's contracts, such as municipal finance, real estate, environmental, federal requirements, tax implications, etc.
- Litigation: (i) meets all internal and external deadlines; (ii) produces well-reasoned, well written, comprehensive and persuasive pleadings; (iii) able to strategize and direct the course of litigation in a cost effective manner; (iv) advises client regarding settlement options; (v) timely analyses case strengths and weaknesses; (vi) continually updates client on case, including the impact of new information and case tactics; (vii) thoroughly prepares witnesses for depositions, hearing and trial.

**Due Date:**   12/31/2025    **Status:**   Completed    **Completion Date:**   11/25/2025

**Category:**   Performance Goals
**Supports:**

**Weight:**   20

**Rating:**      **Thriving**

**Comment:**

**Comment:**      Everett – you have been an active participant in Park Hill, which has been a very heavy lift. I do think you were navigating a very difficult situation there.  I had to rely heavily on Peter Kirsch throughout 2025 to provide me with objective aviation legal advice because I did not trust that DEN Legal was taking an objective approach to the transaction, either because of a generally low risk tolerance, or because Phil didn't want to do the deal, or due to lack of subject matter expertise on that particular area of law.  I believe Miko has continued to rely heavily on Peter as well, which is not an ideal dynamic.  In an ideal world, we would not have to rely so heavily on outside counsel in this transaction because we'd be able to rely on the judgment and expertise of the DEN Legal team.  Again, I want to re-state that you have been on a tightrope with that transaction because it was a top priority of the mayor's and a transaction that Phil did not want to do.  But it also seemed like a transaction that DEN Legal did not want to do, which got in the way.

Generally speaking, it's great that you accomplished the certification.  I would suggest that you continue to take on more substantive legal issues yourself so your knowledge of aviation law in general continues to grow.  I think you're headed in the right direction.

## Outcome 4 - Operational & Administrative Competence

- Oversees and timely communicates/responds to the Section's business operations matters with the Administration, including (i) accurately reviewing and timely submitting the Section's operational invoices, (ii) accurately reviewing and timely submitting the Section's legal bills, including (a) requiring working attorneys to actively manage bills with outside legal counsel and (b) requiring outside legal counsel to submit legal invoices on a regular basis and in accordance with the periods specified in their legal contract, and (iii) analyzing, reviewing and timely submitting litigation budgets/projections, including overseeing such budget once approved and timely notifying the Administration if such budget / projection can be reasonably expected to change.
- Promotes Section functionality by ensuring that section liaisons, operational supervisors or other administrative manager(s) address the following in a timely and accurate manner (in accordance with organizational policies): (i) business equipment; (ii) section supplies; (iii) records management; (iv) work orders; (v) tech service issues; (vi) WD entry/approval; and (vii) badging of new employees or replacement badging for existing employees.
- Pro-actively identifies and develops proposed solutions for human resources issues and discusses such solutions with the Administration, including (i) reviewing staffing needs and scheduling, (ii) monitoring, managing, and timely notifying regarding vacancies, new hires, retirements and terminations, and (iii) timely communicating FML issues, worker's compensation issues and any other workplace issues.
- Manages training opportunities across the Section in accordance with the Section's training budget, including (i) identifying, approving, and managing CLE's (internal and external), training and professional development opportunities and (ii) approving and managing travel.
- Works with the Administration to identify solutions when processes break down between the Section and the Administration.

**Due Date:**  12/31/2025      **Status:**  Completed      **Completion Date:**  11/25/2025

**Category:**      Performance Goals

**Supports:**

**Weight:**      20

**Rating:**      **Thriving**

**Comment:**

**Comment:**      Everett – no concerns here.  You are solid on operational and administrative competence. You work closely with FABO on contracts and on hiring.  You have worked with Matt on transitions away from Jaegger to a new contracts management platform.

## Outcome 5 - Equity Diversity and Inclusivity

- Support the integration of the CAO EDI Plan
- Collaborate with EDI administrator, EDI Team, and all pertinent stakeholders in the implementation of the EDI plan and goals.
- Coordinate with EDI Administrator on section specific goals to ensure alignment with overall EDI plan
- Establish a section EDI plan
- Encourage staff to engage in CAO EDI discussions and events
- Provide opportunities to create section specific EDI initiatives and activities
- Promote EDI resources and other learning opportunities throughout the city

- Engage in EDI leadership development opportunities with the EDI administrator and OSEI
- Commit to creating opportunities to promote an inclusive workplace culture
- Celebrate the EDI work being led by staff from your section
- Support the creation of an engagement strategy to increase staff participation in EDI events

**Due Date:**  12/31/2025      **Status:**  Completed      **Completion Date:**  11/25/2025

**Category:**     Performance Goals
**Supports:**

**Weight:**     15

**Rating:**    **Excellent**
**Comment:**

**Comment:**     Everett -your team is strong on EDI, as is the airport generally.  You and Justin met frequently to discuss EDI on your team.  Ema is an active participant in the EDI committee.  Your papa's papa sounds like a great addition to your all-hands meeting.

——— Section Summary ———

**Calculated Rating:**    **2.4**
**Rating:**               **Thriving**

**Employee Comment:**

**Manager Comment:**

## Development Goals

——— Section Summary ———

**Employee Comment:**

**Manager Comment:**