UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-01100-SKC-KAS

EVERETT BEN MARTINEZ,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHIKO "MIKO" BROWN, DENVER CITY ATTORNEY, in her official and individual capacities;
NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY, in her official and individual capacities; and
JEFF DOLAN, CHIEF STRATEGIST FOR THE MAYOR OF DENVER, in his official and individual capacities,

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF JESSICA G. SCOTT**

---

PLEASE TAKE NOTICE that, pursuant to D.C.COLO.LAttyR 5(a), Jessica G. Scott of Wheeler Trigg O'Donnell LLP hereby enters her appearance on behalf of Defendants City and County of Denver, Michiko "Miko" Brown, Nicole Doheny, and Jeff Dolan.

Dated: March 31, 2026.

Respectfully submitted,

*s/ Jessica G. Scott*

Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: scott@wtotrial.com

Attorney for Defendants

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on March 31, 2026, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF JESSICA G. SCOTT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Steven Lee Murray**
  steven@smurraylaw.com, stmlegal@msn.com

*s/ Jessica G. Scott*