UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-01100-SKC-KAS

EVERETT BEN MARTINEZ,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHIKO "MIKO" BROWN, DENVER CITY
ATTORNEY, in her official and individual capacities;
NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR
THE CITY, in her official and individual capacities; and
JEFF DOLAN, CHIEF STRATEGIST FOR THE MAYOR
OF DENVER, in his official and individual capacities,

        Defendants.

---

**AMENDED JOINT MOTION TO FILE TWO MOTIONS AND ATTACHED
EXHIBITS PROVISIONALLY UNDER SEAL PENDING
RESOLUTION OF PARTIES' DISPUTE**

---

Pursuant to D.C.COLO.LCivR 7.2, Plaintiff and Defendants (together, "the Parties"), respectfully request that Plaintiff be permitted to file <u>provisionally</u> under Level 1 restriction two motions and their exhibits: (1) Plaintiff's Motion for Temporary Restraining Order; and (2) Plaintiff's Motion for Preliminary Injunction. In support of this request, the Parties state as follows:

1.      Plaintiff is the General Counsel of Denver International Airport ("DIA"). (First Am. Compl., Dkt. No. 10, at 1.)

2.      The City and County of Denver ("the City") has employed Plaintiff for over nine years. (*Id.*)

3.      All of Plaintiff's filings to date in this case have been on the public record with no redactions.

4.      The parties have a dispute regarding whether attorney-client privileged information and confidential information learned in the course of the attorney's representation of a client have been disclosed in the public filings. The parties will fully develop and assert their arguments on these issues in their subsequent briefing before United States Magistrate Judge Sarnella.

5.      In short, it is Defendants' position, which Plaintiff currently disputes, that these filings contain attorney-client privileged information and information learned through Plaintiff's representation and therefore "confidential" under Colorado Rule of Professional Conduct 1.6. *See also id.*, Cmt. 3.

6.      It is further Defendants' position, which Plaintiff currently disputes, that significant portions of these filings, per Comment 16 to Colorado Rule of Professional Conduct 1.6, "should be made in a manner that limits access to the information to the tribunal or other persons having a need to know it and appropriate protective orders or other arrangements should be sought by the lawyer to the fullest extent practicable."

7.      Briefly, Plaintiff's position is that for the entire period he has served as an attorney at the Airport, over nine years, during which he held three successive positions, each with greater authority, he conducted himself at all times, without any objection from the Airport and the City,  with his undersign and within the following framework:   (1) his attorney-client relationship was with the Airport and its leadership and not with the City or the City's mayoral appointees; and (2) with the attorney client privilege being between him and the Airport,  not between him and the City or the Mayor's political appointees.

8.      It is Defendant's position that, as reflected in the comments to Rule 1.6, disclosure of attorney-client information and confidential information learned through representation of a client, without the client's consent, damages "the trust that is the hallmark of the client-lawyer relationship" (*see, e.g.*, *id.*, Cmt. 2), and that courts have held time and again that there is no presumption of public access to this information. Plaintiff disputes the application of this comment to the present situation.

9. Plaintiff and Defendants are actively conferring regarding these disputed issues in an attempt to narrow them before reaching out to Magistrate Judge Starnella's chambers. Once they do so, Defendants will email Judge Starnella's chambers requesting to set a briefing schedule on a motion for protective order (regarding future filings and communications to third parties, including the media) and to seal portions of past filings and to permanently seal portions of future filings.

10. In the meantime, the Parties agree that Plaintiff will file his motion for TRO and motion for preliminary injunction. These filings will contain several hundred pages. Defendants will need the opportunity and time to go through these filings to identify for Plaintiff what they believe should be sealed, and Plaintiff will then need time to consider what, if any, portions of what Defendants identify should in fact be sealed.

11. The Parties also will be conferring regarding the documents already on file, to the same extent.

12. The Parties, however, do not believe that, based on their current positions, they will reach agreement on what does and does not qualify as attorney-client-privileged and confidential information, if any agreement can be reached at all, even with respect to portions of documents. As a result, this will remain in dispute until Magistrate Judge Starnella can consider and decide these issues.

13.     The Parties agreed that, in the meantime, it makes most practical sense to request that Plaintiff's two filings be filed in full under <u>provisional</u> seal at Level 1 restriction, pending resolution of the disputed issues by Judge Starnella.

Based on the above, therefore, the Parties respectfully request that Plaintiff be permitted to file <u>provisionally</u> under Level 1 restriction Plaintiff's forthcoming Motion for Temporary Restraining Order and exhibits and Motion for Preliminary Injunction and exhibits.

Dated: April 4, 2026                     Respectfully submitted,


*s/Steven L. Murray*                     *s/ Jessica G. Scott*
Steven L. Murray                         Jessica G. Scott
Murray Law, LLC                          Hannah P. Chapple
3900 East Mexico Ave., Suite 300         Wheeler Trigg O'Donnell LLP
Denver, CO 80210                         370 Seventeenth Street, Suite 4500
Telephone: 303.396.9952                  Denver, CO 80202
Email: steven@smurraylaw.com             Telephone: 303.244.1800
                                         Email: scott@wtotrial.com
                                                 chapple@wtotrial.com


Andrea F. Sobel
Brandon S. Armitage
Sobel Law LLC
2000 S. Colorado Blvd., Bldg. 1-
2000
Denver, Colorado 80222
Telephone: 720.727.7665
Email: brandon@sobel.law.com
        andrea@sobel.law.com

Attorneys for Plaintiffs                 Attorneys for Defendants

# CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that no portion of this filing was drafted by generative artificial intelligence.

Dated: April 4, 2026.     Respectfully submitted,


*s/ Steven L. Murray*
Steven L. Murray
Murray Law, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210


Attorney for Plaintiff