IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01100-SKC-KAS

EVERETT BEN MARTINEZ,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHIKO BROWN, Denver City Attorney in her official capacity also known as Miko Brown and in her individual capacity,
NICOLE DOHENY, Chief Financial Officer for the City in her official capacity and in her individual capacity, and
JEFF DOLAN, Chief Strategist for the Mayor of Denver in his official capacity and in his individual capacity,

      Defendants.

_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA

This matter is before the Court on the parties' **Joint Motion to File Two Motions and Attached Exhibits Provisionally Under Seal Pending Resolution of Parties' Dispute** (the "Motion") [#20]. In light of the parties' Amended Joint Motion to File Two Motions and Attached Exhibits Provisionally Under Seal Pending Resolution of Parties' Dispute [#21],

IT IS HEREBY **ORDERED** that the Motion [#20] is **DENIED as moot**.

Dated: April 6, 2026