IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01100-SKC-KAS

EVERETT BEN MARTINEZ,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHIKO BROWN, Denver City Attorney in her official capacity also known as Miko
Brown and in her individual capacity,
NICOLE DOHENY, Chief Financial Officer for the City in her official capacity and in her
individual capacity, and
JEFF DOLAN, Chief Strategist for the Mayor of Denver in his official capacity and in his
individual capacity,

     Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendants' **Motion to Reset the Motion Hearing Date on Defendants' Motion for Protective Order** (the "Motion") [#34]. For good cause shown,

IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. The Motion Hearing on Defendant's Motion for Protective Order, filed no later than April 10, 2026, is reset to Monday, **May 4, 2026,** at **1:30 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties and/or attorneys located outside the Denver metropolitan area or who cannot reasonably make a personal appearance at a court hearing may request to appear by telephone or by videoconference by emailing Starnella_Chambers@cod.uscourts.gov.**

Dated: April 9, 2026