UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-01100-SKC-KAS

EVERETT BEN MARTINEZ,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHIKO "MIKO" BROWN, DENVER CITY ATTORNEY, in her official and individual capacities;
NICOLE DOHENY, CHIEF FINANCIAL OFFICER FOR THE CITY, in her official and individual capacities; and
JEFF DOLAN, CHIEF STRATEGIST FOR THE MAYOR OF DENVER, in his official and individual capacities,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO FILE THEIR OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION UNDER LEVEL 1 RESTRICTION**

---

Pursuant to D.C.COLO.L.CivR 7.2 and this Court's Protective Order Regarding Attorney-Client Protected Information (Dkt. No. 75), Defendants, the City and County of Denver, Ms. Michiko Brown, Ms. Nicole Doheny, and Mr. Jeff Dolan, respectfully request an order from the Court permitting Defendants to file under Level 1 restriction Defendants' Opposition to Plaintiff's Amended Motion for Preliminary Injunction. (Dkt. No. 215.)

In support of this request, Defendants state as follows:

1. On May 5, 2026, the Court issued a Protective Order Regarding Attorney-Client Protected Information. (Dkt. No. 75.)

2. Pursuant to that order, documents containing attorney-client privileged and confidential information must be sealed under Level 1 restriction. (*Id.*) This order applied to the First Amended Verified Complaint (Dkt. No. 10), among other previously filed documents (Dkt. No. 75 ¶ 1). The Amended Complaint and Answer with First Amended Counterclaims—including the original and redacted pleadings—were filed under seal. (Dkt. Nos. 10, 90, 136, 138.)

3. Defendants have now filed their opposition to Plaintiff's amended motion for preliminary injunction under Level 1 restriction. The opposition includes information subject to the Court's Protective Order and therefore must be maintained under Level 1 restriction.

Defendants thus respectfully request that they be permitted to maintain under Level 1 restriction this opposition. Per the Court's order, Defendants will file

a redacted copy on the public docket no later than November 13, 2026. (Dkt. No. 75 ¶ 5.)

## CERTIFICATE OF CONFERRAL

Defendants' counsel conferred with Plaintiff's counsel on October 30, 2026. Plaintiff does not oppose the requested relief.

Dated: November 3, 2026.

Respectfully submitted,

*s/Macy J. Mize-Martinez*

Macy J. Mize-Martinez
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: mize-martinez@wtotrial.com

Attorney for Defendants

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that no portion of this filing was drafted by generative artificial intelligence.

Dated: November 3, 2026.

Respectfully submitted,

*s/ Macy J. Mize-Martinez*

Macy J. Mize-Martinez
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Email: mize-martinez@wtotrial.com

Attorney for Defendants

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on November 3, 2026, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO FILE THEIR OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION UNDER LEVEL 1 RESTRICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Bayan Biazar**
  bayan@campbell-litigation.com,carynann@campbell-litigation.com,mario@campbell-litigation.com

- **Stacey A. Campbell**
  stacey@campbell-litigation.com,mario@campbell-litigation.com,bayan@campbell-litigation.com,carl@campbell-litigation.com,carynann@campbell-litigation.com

- **Hannah P. Chapple**
  chapple@wtotrial.com

- **Macy J. Mize-Martinez**
  Mize-Martinez@wtotrial.com,keitlen@wtotrial.com

- **Steven Lee Murray**
  steven@smurraylaw.com,stmlegal@msn.com

- **Jessica Goneau Scott**
  scott@wtotrial.com,lacey@wtotrial.com

*s/Macy J. Mize-Martinez*